KIRKLAND & ELLIS LLP
Jeffrey M. Gould (admitted *pro hac vice*)
655 15th Street, NW.
Washington, D.C. 20005-5793
Telephone:  (202) 879-5138
Facsimile:   (202) 879-5200
jeffrey.gould@kirkland.com

MANNING CURTIS BRADSHAW
  & BEDNAR LLC
Brent V. Manning, # 2075
136 E. South Temple, Suite 1300
Salt Lake City, UT 84111
Telephone:  (801) 363-5678
Facsimile:   (801) 364-5678
bmanning@mc2b.com
*Attorneys for Intervenor-Defendants*
Southern Utah Wilderness Alliance, *et al.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GRAND COUNTY, UTAH, a political subdivision; and STATE OF UTAH,<br><br>          Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant, and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>          Intervenor-Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:12-cv-00466<br><br>Judge Clark Waddoups |

PLEASE TAKE NOTICE that, on behalf of Jason M. Allen, formerly of Kirkland & Ellis LLP, Jeffrey M. Gould files this notice of Mr. Allen's withdrawal as counsel for Intervenor-Defendants Southern Utah Wilderness Alliance and Grand Canyon Trust ("Intervenor-Defendants"). The Intervenor-Defendants have consented to Mr. Allen's withdrawal and continue to be represented by remaining counsel, including the undersigned.

DATED this 11th day of November, 2014.

        ___/s/_____
Jeffrey M. Gould
 (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
Telephone: (202) 879-5138
Facsimile:  (202) 879-5200
jgould@kirkland.com


MANNING CURTIS BRADSHAW
& BEDNAR LLC
Brent V. Manning, # 2075
136 E. South Temple, Suite 1300
Salt Lake City, UT 84111
Telephone: (801) 363-5678
Facsimile:   (801) 364-5678
bmanning@mc2b.com

*Attorneys for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I, Jeffrey M. Gould, hereby certify that on November 11, 2014**, the foregoing NOTICE OF WITHDRAWAL OF COUNSEL ON BEHALF OF JASON M. ALLEN** was served on all counsel of record in the above-captioned case via the Court's CM/ECF system, which shall deliver an electronic copy of the foregoing document to the same.

| | |
|---|---|
| John K. Mangum<br>United States Attorney's Office<br>185 South State Street, #300<br>Salt Lake City, UT 84111<br>john.mangum@usdoj.gov | \_\_\_HAND DELIVERY<br>\_\_\_U.S. MAIL<br>\_\_\_FAX TRANSMISSION<br>\_\_\_E-MAIL TRANSMISSION<br>_x_ USDC CM/ECF SYSTEM |
| Joseph Hosu Kim<br>Environment & Natural Resources Division<br>United States Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>joseph.kim@usdoj.gov | \_\_\_HAND DELIVERY<br>\_\_\_U.S. MAIL<br>\_\_\_FAX TRANSMISSION<br>\_\_\_E-MAIL TRANSMISSION<br>_x_ USDC CM/ECF SYSTEM |
| Stephen H.M. Bloch<br>SOUTHERN UTAH WILDERNESS ALLIANCE<br>425 East 100 South<br>Salt Lake City, UT 84111<br>steve@suwa.org | \_\_\_HAND DELIVERY<br>\_\_\_U.S. MAIL<br>\_\_\_FAX TRANSMISSION<br>\_\_\_E-MAIL TRANSMISSION<br>_x_ USDC CM/ECF SYSTEM |
| Brent V. Manning<br>Jess M. Krannich<br>MANNING CURTIS BRADSHAW & BEDNAR LLC<br>136 E South Temple, Suite 1300<br>Salt Lake City, UT 84111<br>bmanning@mc2b.com<br>jkrannich@mc2b.com | \_\_\_HAND DELIVERY<br>\_\_\_U.S. MAIL<br>\_\_\_FAX TRANSMISSION<br>\_\_\_E-MAIL TRANSMISSION<br>_x_ USDC CM/ECF SYSTEM |
| Jeffrey M. Gould<br>KIRKLAND & ELLIS<br>655 15th Street, NW<br>Washington, D.C. 20005<br>jeffrey.gould@kirkland.com | \_\_\_HAND DELIVERY<br>\_\_\_U.S. MAIL<br>\_\_\_FAX TRANSMISSION<br>\_\_\_E-MAIL TRANSMISSION<br>_x_ USDC CM/ECF SYSTEM |

*/s/ Jeffrey M. Gould*
Jeffrey M. Gould
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005
jgould@kirkland.com
Telephone: (202) 879-5138
Facsimile:  (202) 879-5200
*Attorney for Intervenor-Defendants*