ROGER R. FAIRBANKS (3792)
KATHY A.F. DAVIS (4022)
K. TESS DAVIS (15831)
JASON L. DEFOREST (14628)
Assistant Attorneys General
RACHELLE SHUMWAY (8177)
SYLVIA MILLER (18197)
MARK BOSHELL (16002)
KENDALL G. LAWS (14700)
CLAY CROZIER (17192)
Special Assistant Attorneys General
DEREK BROWN (10476)
Utah Attorney General
1594 W North Temple
Salt Lake City, UT 84116
rfairbanks@agutah.gov
kathydavis@agutah.gov
kaitlindavis@agutah.gov
jdeforest@agutah.gov
rashumway@utah.gov
sylviajmiller@utah.gov
mboshell@utah.gov
klaws @utah.gov
claycrozier@utah.gov

Telephone: (801) 537- 9801

*Attorneys for Plaintiffs*

IN THE UNITED STATES JUDICIAL DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GRAND COUNTY, UTAH, a political subdivision; and STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant, | Civil No. 2:12-cv-00466-CW<br><br>**NOTICE OF APPEARANCE OF CLAY CROZIER AS COUNSEL FOR PLAINTIFFS**<br><br>Judge: Honorable Clark Waddoups |

|  |  |
|---|---|
| and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>    Proposed Intervenor-Defendants. |  |

The undersigned appears as counsel for Plaintiffs Grand County, Utah, and the State of Utah. Under Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, correspondence, papers, and other materials relevant to this action should be directed to and served on:

Clay Crozier
Special Assistant Attorneys General
1594 W North Temple
Salt Lake City, Utah 84116
claycrozier@utah.gov

    DATED this 9th day of December, 2025.

/s/ Clay Crozier
Clay Crozier
Special Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, the undersigned electronically transmitted the foregoing **NOTICE OF APPEARANCE OF CLAY CROZIER AS COUNSEL FOR PLAINTIFFS** to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record:

/s/ Clay Crozier
Clay Crozier